CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 07 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

Lawton S. High 11004827
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓  NO ____

-against-

Nassau County Police
Det. Angelo Barone
Shield # 93

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------------------x

**CV-12 2888**

**FEUERSTEIN, J**

**LINDSAY, M.**

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment? Yes ( )  No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below
       (If there is more than one lawsuit, describe the additional lawsuits
       on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiffs: None

           Defendants: None

       2.  Court (if federal court, name the district;
           if state court, name the county)

       3.  Docket Number: None

1

4. Name of the Judge to whom case was assigned: None

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~_____~~

6. Approximate date of filing lawsuit: ~~_____~~

7. Approximate date of disposition: ~~_____~~

II. Place of Present Confinement: ~~_____~~

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

C. If your answer is YES,

   1. What steps did you take? ~~_____~~

   2. What was the result? ~~_____~~

D. If your answer is NO, explain why not ~~_____~~

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

   1. What steps did you take? ~~_____~~

   2. What was the result? ~~_____~~

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Lawton S. High

Address  100 Carman Ave E. Meadow N.Y 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    Det. Angelo Barone  shield #93
                   Nassau County Police

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.  Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 3/19/11 I was approached by the Garden City Police on suspicion of burgulary and tresspassing while with a friend, at such time we were let go. The care taker of the home that we allegedly broke into arrived on the seen and said their was no false entry or damages, we were then let go. On June 6, 2011 I was arrested and charged with the same crime that were allegedly committed on 3/19/11. My constitutional rights are being violated I did not committ a crime on the said date (unlawful inprisonment) (Malicious prosecution)

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I am claiming mental anguish for my false arrest and illegal detainment. I no longer have love for my self and every night when I go to sleep I have terrible nightmares. Medication cannot help this problem.

4

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

I AM hoping to be AWArded $100,000,000 for my pain and suffering And for the violation of my constitutional rights.

I declare under penalty of perjury that on __6/4/12__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __4__ day of __June__, 20__12__. I declare under penalty of perjury that the foregoing is true and correct.

_Lauton S Hlah_
Signature of Plaintiff

NAssAu County JAil
Name of Prison Facility

100 CArmAn Ave
E, MeAdow N.Y. 11554
Address

1104827
Prisoner ID#

5