UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LAWTON S. HIGH,

                Plaintiff,

      -against-

NASSAU COUNTY POLICE DET. ANGELO
BARONE, Shield # 93,

              Defendant.
----------------------------------------------------------------X

FEUERSTEIN, District Judge:

**ORDER**
12-CV-02888 (SJF)(ARL)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 1 5 2012   ★

LONG ISLAND OFFICE

On June 7, 2012, incarcerated pro se plaintiff Lawton S. High ("plaintiff") commenced this action pursuant to 42 U.S.C. § 1983 against Detective Angelo Barone of the Nassau County Police Department, Shield # 93 ("defendant"), and filed an application to proceed in forma pauperis. Upon review of the declaration accompanying plaintiff's application, I find that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's in forma pauperis application is granted.

Though thin, the allegations do not warrant sua sponte dismissal at this time. See Erickson v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L. Ed.2d 1081 (2007) (pro se submissions to be "liberally construed") (citation omitted).

For the foregoing reasons, it is hereby:

**ORDERED** that plaintiff's application to proceed in forma pauperis is granted; and it is further,

**ORDERED** that the Clerk of the Court is directed to cause the United States Marshals

Service to serve copies of the summons, complaint and this order upon the defendant without

prepayment of fees; and it is further

**ORDERED** that the Clerk of Court serve notice of the entry of this order in accordance

with Rule 77(d)(1) of the Federal Rules of Civil Procedure, including mailing a copy of the Order

to the pro se plaintiff at his last known address.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated:      June 15, 2012
              Central Islip, New York